STATE OF RHODE ISLAND
NEWPORT, Sc.

SUPERIOR COURT

NC-04-273

STEVEN DIAS and RAYMOND IGLE , Plaintiffs

V.

WAL-MART STORES, INC. d/b/a WAL-MART

## COMPLAINT AND JURY CLAIM

## BACKGROUND FACTUAL ALLEGATIONS

1. The Plaintiff, Steven Dias, is a Black, African-American resident of Middletown, Newport County, Rhode Island.

2. The Plaintiff, Raymond Igle, is a Black, African-American resident of Newport, Newport County, Rhode Island.

3. The Defendant Wal-Mart Stores, Inc. is a Delaware Corporation, authorized to do business in the State of Rhode Island as Wal-Mart and has a usual place of business at 199 Connell Highway, Newport, Rhode Island.

4. Prior to Christmas of 2002, the Plaintiffs were all employees of the Defendant and were assigned to the "overnight stocking crew" at the Defendant's establishment located at 199 Connell Highway, Newport, RI.

5. Although the number of employees assigned to the crew varied, during all times relevant herein, the crew consisted of twenty employees, of which twelve were African-Americans and eight were White.

6. After Christmas 2002, the Defendant laid off eight workers from the crew including the Plaintiffs of which six were black and two were white.

7. Despite the Defendant pronouncements to the Plaintiffs that the Defendant lays off personnel on the basis of seniority, four white members of the crew with less seniority than the Plaintiffs were laid off.

8. During the Plaintiff's period of employment with the Defendant, the Plaintiffs were subject to many incidents of disparate treatment and racial ridicule by management as opposed to the White members of their crew.





1

## COUNT I- TITLE VII RACIAL DISCRIMINATION

9. The Plaintiffs repeat and re-aver the allegations in paragraphs 1-8 of this complaint.

10. The Defendant, by the aforesaid actions, which created and subjected the Plaintiffs to a racially hostile work environment and culminated in the Plaintiffs' termination, constituted discrimination against the Plaintiffs due to their race and ethnic background in direct violation of Title VII of the Civil Rights Act.

11. Owing to the Defendant's violation of law, the Plaintiffs suffered economic damages and emotional distress and was forced in incur costs and attorney's fees in the protection of their rights.

12. The Plaintiffs have already exhausted their administrative rights in this matter.

## COUNT II-R.I. GENERAL LAWS §28-5-7 DISCRIMINATION IN EMPLOYMENT

13. The Plaintiffs repeat and re-aver the allegations in paragraphs 1-8 of this complaint.

14. The Defendant, by the aforesaid actions, which created and subjected the Plaintiffs to a racially hostile work environment and culminated in the Plaintiffs' termination, constituted discrimination against the Plaintiffs due to their race and ethnic background in direct violation of R.I. Gen. Law §28-5-7.

15. Owing to the Defendant's violation of law, the Plaintiffs suffered economic damages and emotional distress and was forced in incur costs and attorney's fees in the protection of their rights.

20. The Plaintiffs have already exhausted their administrative rights in this matter

## RELIEF REQUESTED

WHEREFORE, The Plaintiffs demand the following remedies against the Defendant

1. Compensatory damages in an amount set by the Court and Jury for all economic loss incurred by the Plaintiffs, including but not limited to back pay, front pay and loss of employment benefits;

2. Punitive damages against the Defendant as permitted by law and in an amount set by the Court and Jury to punish the Defendants for its actions;

3. Reasonable attorney's fees and costs incurred by the Plaintiffs in bringing this action;

4. Any other relief that the Court deems just and equitable.

**THE PLAINTIFFS DEMAND TRIAL BY JURY**

The Plaintiffs
By their attorneys

Robert M. Novack, Esq.
Clarkin, Gauvin, Lowenstein & Novack
P.O Box 267
84 North Main St.
Fall River, MA 02720
Tel: 508-673-9191
R.I. Bar No. 3255