**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN DIAS and<br>RAYMOND IGLE<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.<br>d/b/a WAL-MART<br><br>Defendant. | : | C.A. No. 04-379T |

## ANSWER OF DEFENDANT WAL-MART STORES, INC.

Defendant Wal-Mart Stores, Inc. responds to the allegations of Plaintiffs' Complaint as follows:

1. Defendant admits that Plaintiff, Steven Dias, is a Black, African-American. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 1.

2. Defendant admits that Plaintiff, Raymond Igle, is a Black, African-American. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 2.

3. Defendant admits the allegations set forth in paragraph 3.

4. Defendant admits the allegations set forth in paragraph 4.

5. Defendant admits that the number of employees assigned to the overnight stocking crew varies. Defendant denies the remaining allegations set forth in paragraph 5.

6. Defendant denies the allegations set forth in paragraph 6.

4

7. Defendant denies the allegations set forth in paragraph 7.

8. Defendant denies the allegations set forth in paragraph 8.

**COUNT I**

9. Defendant incorporates by reference its responses to paragraphs 1 through 8 as if fully set forth herein.

10. Defendant denies the allegations set forth in paragraph 10.

11. Defendant denies the allegations set forth in paragraph 11.

12. Paragraph 12 contains allegations of legal conclusions to which a responsive pleading is not required. To the extent a responsive pleading to paragraph 12 is required, Defendant denies all allegations contained therein.

**COUNT II**

13. Defendant incorporates by reference its responses to paragraphs 1 through 12 as if fully set forth herein.

14. Defendant denies the allegations set forth in paragraph 14.

15. Defendant denies the allegations set forth in paragraph 15.

20. Paragraph 20 contains allegations of legal conclusions to which a responsive pleading is not required. To the extent a responsive pleading to paragraph 20 is required, Defendant denies all allegations contained therein.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, or portions thereof, is time barred by the applicable statute of limitations.

THIRD AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the equitable doctrine of laches.

FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the equitable doctrine of estoppel.

FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the equitable doctrine of waiver.

WHEREFORE, Defendant respectfully requests that this Court deny Plaintiffs all relief sought and enter judgment in favor of Defendant and award Defendant is attorneys' fees and costs for defending this action.

WAL-MART STORES, INC.
By its attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
GEOFFREY W. MILLSOM (#6483)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: September 17, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Answer was mailed to the following on this 17th day of September 2004:

Robert M. Novack, Esq.
Clarkin, Galvin, Lowenstein & Novack
Post Office Box 267
84 North Main Street
Fall River, MA 02720

D.A. Ciuffetelli

*309825_1.doc*