**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN DIAS and<br>RAYMOND IGLE | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 04-379T |
| WAL-MART STORES, INC. | : | |
| Defendant. | : | |

## RE-NOTICE OF DEPOSITION

DEPONENT: **Raymond Igle**
**c/o Robert M. Novack, Esq.**
**Clarkin, Gauvin, Lowenstein & Novack, P.A.**
**84 North Main Street**
**P. O. Box 267**
**Fall River, MA 02722-0267**

DATE & TIME OF TAKING: **January 14, 2005 at 10:00 a.m.**

PLEASE TAKE NOTICE that pursuant Rule 30 of the Federal Rules of Civil Procedure, Defendant will take testimony upon oral examination of the above-named deponent, at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island at the date and time set forth above. The deposition will be continued from day to day until complete. This deposition will be recorded by stenographic means. This deposition may be used as testimony at the trial of this case.

Dated: Providence, Rhode Island
December 15, 2004

10

WAL-MART STORES, INC.
By its attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
GEOFFREY W. MILLSOM (#6483)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and not a party to this action. On December 15th, 2004, I caused the foregoing Re-Notice of Deposition to be served by facsimile and first class mail, postage prepaid, upon the following:

Robert M. Novack, Esq.
Clarkin, Galvin, Lowenstein & Novack
Post Office Box 267
84 North Main Street
Fall River, MA 02720

D. A. Cinfftelli

*318593_1.doc*