AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Steven Dias, et al.

v.

Wal-Mart Stores, Inc.

APPEARANCE

CASE NUMBER: 04-379-T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Wal-Mart Stores, Inc.

I certify that I am admitted to practice in this court.

3/2/05
Date

[signature]
Signature


Michael D. Chittick #5967
Print Name Bar Number

One Citizens Plaza - 8th Floor
Address

Providence RI 02903
City State Zip Code

274-7200 751-0604
Phone Number Fax Number


16

s form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.