# EXIT INTERVIEW

WMP-20 REVISED 04/01

An Exit Interview is to be conducted for all Associates leaving the employment of Wal★Mart Stores, Inc. DATE OF TERMINATION MUST BE THE LAST DAY WORKED, EXCEPT IN CASES OF A LEAVE OF ABSENCE, OR 3 DAYS UNREPORTED ABSENCE.

Associate Name Dias Steven  Social Security No. [redacted]

Associate ID No. 514  Facility/Dept./Store # 2885  ☐ Hourly  ☐ Management

Actual Last Day Worked 12/30/02  Vacation Avail (Mgmt. Only) ____

Updated Address and Phone Number: [redacted]

Detailed Statement of Termination. This Section Needs To Be Completed By The Associate for Voluntary Termination or By The Manager/Supervisor for Involuntary Termination. (Please be specific.)

## VOLUNTARY TERMINATION
(Eligible to re-apply)

03 ___ Not Available For Work (NVL)
04 ___ Failure to Return From L.O.A. (NRL)
05 ___ Refused Offer of Work (ROW)
06 ___ Job Abandonment/Three Days Unreported Absence (DUA)
10 ___ To Leave the Area (LTA)
16 ___ Child Care/Dependent Care Issues (CHI)
17 ___ Due to Health (DTH)
20 ___ Work Hours (HRS)
21 ___ Salary (PAY)
22 ___ Working Conditions (WOR)
24 ___ Benefits (BEN)
25 ___ Career Opportunities (PRM)
28 ___ Supervisor (SUP)
29 ___ Walked Off Job (WOJ)
30 ___ Stay at Home (SAH)
31 ___ Attend School (EDU)
85 ___ Retirement (RTD)
106 ___ Failure to Produce Employment Documents in a Timely Manner (FTP)

## INVOLUNTARY TERMINATION
(Eligible to re-apply)

37 ___ Misconduct w/Coachings (CON)
47 ___ Excessive Absences and/or Tardies (EAT)
53 ___ Insubordination (INS)
55 ___ Inability to Perform Job (IPJ)
66 ___ 1st Violation of Fraternization Policy (FVP)
75 ___ Deceased (Call Profit Sharing & Life Ins.) (DEA)
92 ✓ Lack of Work (Job Eliminated, Location Closed, Reduction of Force) (LOW)
97 ___ End of Temporary Assignment (ASC)

## INVOLUNTARY TERMINATION
(Mandatory No Rehire)

78 ___ Gross Misconduct - Integrity Issue (Theft, Violent Act, Dishonesty, Misappropriation of Company Assets)(GMI)
79 ___ Gross Misconduct - Other (GMO)
99 ___ 2nd Violation of Fraternization Policy (FRA)
107 ___ Falsification of Employment Documents (FED)

Re-Hire Recommended ☐ Yes ☐ No (Explain-General Comments) ____

The following Wal★Mart property must be collected at the time of Exit interview: (Please check all that apply)

(✓) Badge ( ✓) Discount Card (s) ( ✓) Weight Belt ( ) Other ____
( ) Smock ( ) Company Credit Cards/Phone card ( ✓) Box Cutter

NOTE: To be considered for re-employment, you must re-apply. Your previous work record with Wal★Mart will be reviewed. The Company assumes no obligation to contact you for possible re-employment.

[signature] 12/30/02 — ASSOCIATE — DATE
[signature] 12/29/02 — SALARIED MEMBER OF MANAGEMENT — DATE
[signature] 12-27-02 — HOURLY SUPERVISOR — DATE
[signature] 12/27/02 — FACILITY MANAGER — DATE

Contact phone numbers for Terminating Associates:

| | | |
|---|---|---|
| COBRA | Continuation of Benefits | (800) 421-1362 |
| DISCOUNT CARD – RETIREE | Application Information | (501) 273-4664 |
| LIFE INSURANCE ( must call within 31 days of the date coverage ends) | Conversion of Benefits | (800) 421-1362 |
| PROFIT SHARING | Account Information | (501) 273-4664 |
| RESOURCES FOR LIVING | Counseling Service | (800) 825-3555 |
| STOCK OWNERSHIP | Account Information | (800) 438-6278 |
| 401K | Account Information | (888) WMT401K<br>(888) 968-4015 |

000054