Q. Well, if I can get a little bit more background information from you before we go any further, that would be helpful to me. Can you tell me what your current address is?

A. [redacted].

Q. And could you tell me your date of birth?

A. [redacted].

Q. Your Social Security number?

A. [redacted].

Q. And are you married?

A. Divorced.

Q. How long have you been divorced? Only if you remember.

A. Roughly seven or eight years.

Q. Do you have any children?

A. I have two.

Q. What are their ages?

A. One is 25, the other one is probably 30.

Q. Could you go through for me your educational background, for example, where you went to high school?

A. I went to school in Jersey City, New Jersey until like the 6th, 7th grade, and then I went to vocational school and then later I got my GED,





then I went to CCRI for a couple of semesters and that's it.

Q. What did you go to CCRI for?

A. Psychology.

Q. I guess then we can start talking about your employment with Wal-Mart at their Newport location. When did you start working there?

A. I want to say September, I don't know the exact date. September or October. Because I know I was there like a short period of time and then they had a layoff coming up.

Q. What year was that?

A. I had been there 16 months when I was terminated. I don't have the date when I was terminated before that.

Q. You were terminated, was it in -- you were terminated in December of 2002; is that correct?

A. It sounds correct.

Q. Okay. So you would have started then in September or October of 2001?

A. Yes.

Q. And when you were hired at Wal-Mart, what was your position?

A. Excuse me, I have to go back. You said it was 2002 that I got laid off, say December of





2002. I had been there 16 months. So, if we went back to October of 2001, that wouldn't be 16 months, that would be like 14 months, so two months before that.

Q. I would prefer that you clarify. So you started then, it would have been earlier in December 2001?

A. Yes.

Q. Okay. So when you started then in 2001, what was your position at Wal-Mart?

A. Overnight stocker.

Q. Did you work full time or part time?

A. Full time.

Q. How much were you paid per hour?

A. Roughly 9 something an hour, I'm not sure of the exact figure.

Q. Did you ever hold another position while you were at Wal-Mart?

A. No.

Q. So you were the overnight stocking crew the entire time?

A. Yes.

Q. And so what were the hours that you worked then on the overnight stocking crew?

A. 10:30 -- 10:00, sorry, until like 6:00 or 6:30. What I'm looking at is I have pay stubs so





it will probably help me what I started at.

(WITNESS REFERRING TO DOCUMENTS)

A. I got the last one.

Q. That's okay. Could you tell me while you have those available, what were you making at the time, your last pay stub?

A. Yes, $10 an hour.

(DOCUMENT SHOWN TO MS. LaPORTE)

THE WITNESS: I figured if I handed it to her, she could see it.

Q. This would have been for the period ending January 10 of 2003; is that what it says on there?

A. Yes.

MS. LaPORTE: Great. I'm going to try to get copies of all that through you after the deposition.

MR. NOVACK: You can make a copy of that here.

THE WITNESS: Excuse me. The reason it was like that is my last check they paid me, it was in 2002, and then they owed me something. So that, you know, like they didn't pay the sick time or whatever I had coming, that's why it went to January, but my last time working, physically working, was December.

A. No. But the manager that was over Gus did make comments that if you have any questions or want to know anything, talk to Gus. He basically didn't want to deal with us. He came through and he just disappeared, and Gus Toppa was the law.
Q. Well, as you said, based on your understanding they could change these policies or their policies when they wanted to?
A. Yes, I would think that that's true. But then my understanding of a person when they change policies, it should be explained to us that we've changed our policies. You know, because any time that anything was done like they had profit sharing, you know, but I didn't sign up for that, and when there was a change in that, they had a little meeting like before we start work, they would say, oh, yes, the policy has been changed about this or this has happened.
Q. Okay. But is it possible that after you talked to Gus Toppa in early December of '02 that they could have changed their policy?
A. Yes. It is very possible that they could have changed their policies and not let anybody know about it.
Q. And you never saw any policy in writing about





layoffs being based on seniority?
A. No. I also never seen any policies the other way, either.
Q. Okay. When you met with Sean and he told you you were being let go, was anyone else there?
A. No. It was one-on-one, whenever he called people in the office.
Q. Do you remember who else was terminated in December of '02?
A. I'm not sure of everybody that was laid off. I know Ray, who's also involved in the lawsuit was laid off. I know -- I can't remember his name, one guy that was laid off but he had less than 90 days in. So he was the one that was laid off right before me. So after I got laid off, I went out and he said, oh, so you got laid off too, yeah, he was all still upset. I said you should have expected to be laid off because you were less than 90 days, and usually if they're laying off, it's seniority. So, you and several others have less time than 90 days, so you can bet money you all should be laid off because that's what they did last time when they laid off. I stayed because they only laid off X number of people.
Q. Do you remember who had a star next to their name





on that list that you were talking about?
A. Not now. At the time, you know, you look at the names and you know who it is. The only one that stood out to me that I would never forget was mine.
Q. Sure. Now in your complaint I believe you state that eight people were terminated in December of '02; is that correct?
A. That's based on the previous time it was the eight or nine, so just on the top of my head, I figured that, like I say, with the stars next to them, I think we counted at that time eight or nine names that had stars next to them, and then at the end, everybody that had the star was laid off.
Q. Do you remember how many of those eight or nine were black employees?
A. I want to say roughly four, but I'm not 100 percent sure.
Q. Okay. And do you remember out of -- do you remember before the layoffs in 2002 how many people were on the overnight stocking crew in total?
A. No. It would be a rough guess. I would say roughly off the top of my head, probably 15.





Q. Do you know of those 15, about how many were black employees?
A. I'd say roughly seven or eight. That's still a rough guess.
Q. As I said, the best of your recollection is all I can ask for, so that's great. So when you met with Sean, you said he didn't indicate that productivity was a problem?
A. Not at all.
Q. Okay. When you were at Wal-Mart, did anyone ever talk to you about your productivity?
A. It was talked to me once, I think Gus had mentioned, like I say, that basically the only one that really ever -- if there was any problems at the higher ones said Gus would come over and let you know. The thing he had mentioned once is that, you know, they would like me to finish my area quicker, so that I could go over and help somebody else in their area.
Q. Do you remember who that other person was that they wanted you to help?
A. Well, he basically, like I said, other areas. So, whoever wasn't working faster in other areas, what they would do as soon as you finished, not just me, it was other people, not saying that he