# Performance Appraisal
## Stocker

| Customer Service | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Practices 10 Foot Attitude. | ☐ | ✓ | ☐ |
| Wears appropriate work attire. | ☐ | ✓ | ☐ |
| Responds to Customer requests for information and service. | ☐ | ✓ | ☐ |
| Assists Customers in finding merchandise. | ☐ | ✓ | ☐ |

| Productivity | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Places merchandise on the correct counter in modular home. | ☐ | ✓ | ☐ |
| Works with the Department Managers to process overstock. | ☐ | ✓ | ☐ |
| Assists Department Manager with modular changes. | ☐ | ✓ | ☐ |
| Secures display items. | ☐ | ✓ | ☐ |

| Safe Work Practices | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Follows safety/emergency procedures. | | | |
| Follows proper lifting techniques. | ☐ | ✓ | ☐ |
| Cleans all spills promptly. | ☐ | ✓ | ☐ |
| Keeps floor clear of all objects. | ☐ | ✓ | ☐ |
| Stretches/warms-up prior to shift. | ☐ | ✓ | ☐ |
| Wears back support belt at all times when lifting. | ☐ | ✓ | ☐ |
| Uses proper ladders. | ☐ | ✓ | ☐ |
| Does not climb on bins or shelves. | ☐ | ✓ | ☐ |
| Ensures OSHA guidelines are followed. | ☐ | ✓ | ☐ |
| Is knowledgeable about lockout/tagout procedures. | ☐ | ✓ | ☐ |
| Disposes of trash/boxes quickly. | ☐ | ✓ | ☐ |
| Keeps work area clean and hazard free. | ☐ | ✓ | ☐ |
| Keeps modulars clean. | ☐ | ✓ | ☐ |
| Zones the department. | ☐ | ✓ | ☐ |

| Initiative | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Works well on his/her own and requires very little supervision and follow-up. | ☐ | ✓ | ☐ |
| Is flexible depending upon freight flow/demand. | ☐ | ✓ | ☐ |

| Dependability | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Attendance and punctuality is within Company guidelines. Days Absent: Ø Days Tardy: Ø | ☐ | ✓ | ☐ |

| Training | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Current on CBLs Company Goal: 100% Associate Current % 100 | | ☒ | ☐ |

# PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: Steven Dias | Store # 2885 | Position: Stocker |
| SS#: [redacted] | | Current Pay Rate: $9.25 |
| Review Period: 90 day | | Increase Amount: .37 |
| From: 8-29-01 | To: 11-27-01 | New Pay Rate: $9.62 |

☑ 90 Day ☐ Annual ☐ Follow Up

STRENGTHS

1) Works when he is needed
2) team player
3) Positive attitude

AREAS FOR IMPROVEMENT

1) Being more aggressive (Working Endcaps)
2) Based per Hour
3) Maintaining Modular integrity

ASSOCIATES COMMENTS/ GOAL SETTINGS

I'LL TRY TO HAVE MORE OF A SENSE OF URGENTSY

*This is an evaluation of the Associate's* ***Overall*** *Job Performance.*

☐ EXCEEDS EXPECTATIONS ☑ MEETS EXPECTATIONS ☐ BELOW EXPECTATIONS

SIGNATURES:

| | | |
|---|---|---|
| [signature] Associate's Signature | STEVEN MICHAEL DIAS Print Associate's Name | 11/14/01 Date |
| [signature] Hourly Supervisor's Signature | Augustin A Toppa Print Hourly Supervisor's Name | Date |
| [signature] Salaried Manager's Signature | Shane S. Basilere Print Salaried Manager's Name | 11/14/01 Date |
| [signature] Facility Manager's Signature | William J. Barber Print Facility Manager's Name | 11/14/01 Date |

# *Performance Appraisal*
## Stocker

| *Customer Service* | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Practices 10 Foot Attitude. N/A | ☐ | ☐ | ☐ |
| Wears appropriate work attire. | ☐ | ☒ | ☐ |
| Responds to Customer requests for information and service. N/A | ☐ | ☐ | ☐ |
| Assists Customers in finding merchandise. N/A | ☐ | ☐ | ☐ |

| *Productivity* | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Places merchandise on the correct counter in modular home. | ☐ | ☒ | ☐ |
| Works with the Department Managers to process overstock. | ☐ | ☒ | ☐ |
| Assists Department Manager with modular changes. | ☐ | ☒ | ☐ |
| Secures display items. | ☐ | ☒ | ☐ |

| *Safe Work Practices* | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Follows safety/emergency procedures. | | | |
| Follows proper lifting techniques. | ☐ | ☒ | ☐ |
| Cleans all spills promptly. | ☐ | ☒ | ☐ |
| Keeps floor clear of all objects. | ☐ | ☒ | ☐ |
| Stretches/warms-up prior to shift. | ☐ | ☒ | ☐ |
| Wears back support belt at all times when lifting. | ☐ | ☒ | ☐ |
| Uses proper ladders. | ☐ | ☒ | ☐ |
| Does not climb on bins or shelves. | ☐ | ☒ | ☐ |
| Ensures OSHA guidelines are followed. | ☐ | ☒ | ☐ |
| Is knowledgeable about lockout/tagout procedures. | ☐ | ☒ | ☐ |
| Disposes of trash/boxes quickly. | ☐ | ☒ | ☐ |
| Keeps work area clean and hazard free. | ☐ | ☒ | ☐ |
| Keeps modulars clean. | ☐ | ☒ | ☐ |
| Zones the department. | ☐ | ☒ | ☐ |

| *Initiative* | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Works well on his/her own and requires very little supervision and follow-up. | ☐ | ☒ | ☐ |
| Is flexible depending upon freight flow/demand. | ☐ | ☒ | ☐ |

| *Dependability* | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Attendance and punctuality is within Company guidelines. Days Absent:______ Days Tardy:______ | ☐ | ☒ | ☐ |

| *Training* | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Current on CBLs Company Goal: 100% Associate Current % 100 | | ☒ | ☐ |

# PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: STEVEN DIAS | Store # NEWPORT RI 2885 | Position: OVERNIGHT STOCK |
| [redacted] | | Current Pay Rate: 9.62 |
| Review Period: YEARLY REVIEW | | Increase Amount: 0.38 |
| From: 11-14-01 | To: 8-29-02 | New Pay Rate: 10.00 |

☐ 90 Day ☒ Annual ☐ Follow Up

STRENGTHS

-STEVIE IS A DEPENABLE WORKER ALWAYS IS CONSISTANT IN GETTING AUTO AND SPORTING DONE EACH NIGHT.
-STEVE DOES A GOOD JOB ZONING HIS DEPARTMNETS

AREAS FOR IMPROVEMENT

-CONTINUE TO LEARN OHTER DEPARTMENTS AND AREAS OF THE STORE

ASSOCIATES COMMENTS/ GOAL SETTINGS

*This is an evaluation of the Associate's Overall Job Performance.*

☐ EXCEEDS EXPECTATIONS ☒ MEETS EXPECTATIONS ☐ BELOW EXPECTATIONS

SIGNATURES:

| | | |
|---|---|---|
| STEVEN DIAS [signature] | | 7-24-02 |
| Associate's Signature | Print Associate's Name | Date |
| AUGUTIN TOPPA | | 7-24-02 |
| Hourly Supervisor's Signature | Print Hourly Supervisor's Name | Date |
| CHRISTOPHER EDEN | [signature] | 7-24-02 |
| Salaried Manager's Signature | Print Salaried Manager's Name | Date |
| DAVID BANDI | | 7-24-02 |
| Facility Manager's Signature | Print Facility Manager's Name | Date |