Q. Now --
A. But my station was next to his or was near his and I had some items that went in his section like picture frames and stuff like that.
Q. When you were asked how many pallets you did a night, you said you thought you averaged about five pallets; is that right?
A. Yeah.
Q. Now, did Timmy do more pallets than you?
A. I don't know if he did more. I don't think he did, you know, without help.
Q. How often did you get help?
A. Well, I didn't get help unless I asked somebody and I'd say to somebody to give me a hand with this.
Q. Well, how many times --
A. Well, you mean that they assigned somebody to me?
Q. Yeah.
A. They never assigned me anybody.
Q. Did you ask the management for help?
A. No, not really. I thought I was doing all right, you know, getting the pallets out there.
Q. Did Timmy work faster than you?
MS. LaPORTE: Objection.





A. I think he did.
Q. So, when you say that you thought you were just as productive, what do you base that on?
A. I base it on -- I thought I was doing all right. You know, towards the end before I got laid off, I was getting the boxes out there pretty good. You know, the pallets done. I would do that then, you know, help pick up all the other pallets and take them in the back.
Q. Were the white employees that were not laid off, were they -- did they work faster than you?
MS. LaPORTE: Objection.
A. White employees, yes.
Q. And why was that?
A. Well, I feel that some departments are easier. They have all the big crates, you know, like pillow cases and stuff. My section is scattered all over the store.
Q. So, is it fair to compare pallets for each section?
A. I don't think so.
Q. So, is a pallet -- would a pallet in your section be more work than a pallet in, let's say, Timmy's section?
MS. LaPORTE: Objection.