**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

STEVEN DIAS and RAYMOND IGLE :

Plaintiffs, :

v. : C.A. No. 04-379T

WAL-MART STORES, INC.:

Defendant. :

**AFFIDAVIT OF ALAN CENTAZZO**

I, ALAN CENTAZZO, being duly sworn, depose and say:

1. I am employed by Wal-Mart Stores, Inc. as the Store Manager of the Wal-Mart store located at 199 Connell Highway, Newport, Rhode Island (the "Newport Store"). I have served in this capacity since October 2004. The facts set forth herein are based upon my review of documents in Wal-Mart's possession.

2. Attached as Exhibit A is a true and correct list of Wal-Mart associates employed on the overnight stocking crew in the Newport Store from January 1, 2002 to January 1, 2003.

3. The list set forth in Exhibit A was prepared at my instruction and under my direction. It is based on Wal-Mart's personnel records maintained at the Newport Store and other documents provided by Wal-Mart to the Equal Employment Opportunity Commission ("EEOC") in connection with the charge brought before the EEOC by Defendant. These documents were made at or near the time by, or from information transmitted by, a person with knowledge and were kept in the course of regularly conducted business activities.

4. Exhibit A reveals the following:

   a. As of December 1, 2002, there were 33 employees on the overnight stocking crew;

   b. Throughout the month of December 2002, 8 of the 33 employees on the overnight stocking crew at the Newport Store, including plaintiff Steven Dias, were terminated;

   c. Of the 8 employees that were terminated, 4 were black, 3 were white, and 1 was Hispanic.

   d. Of the 25 employees remaining on the overnight stocking crew in the Newport Store as of January 1, 2003, 13 were black, 10 were white and 2 were Asian-American;

   e. Of the 25 employees remaining on the overnight stocking crew as of January 1, 2003, 14 had less seniority than Steven Dias; and

   f. Of the 14 employees remaining on the overnight stocking crew with less seniority than Steven Dias, 9 were black, 4 were white and 1 was Asian-American.

I declare under penalty of perjury that the foregoing testimony is true and correct.

Dated: Newport, Rhode Island
July 15th, 2005

Alan Centazzo

Subscribed and sworn to before me
this 15 day of July, 2005

Jaime J. LaPorte
Notary Public ID# 51851
7/25/07

*335464_1.doc*

| Date of Hire | Last | First | Race | Department # | Termination Date |
|---|---|---|---|---|---|
| 5/4/1996 | Covais | Salvatore | W | 931 | 1/26/2002 |
| 4/26/1997 | Barber | Jo-Ann | W | 931 | Still Employed |
| 11/20/1999 | Whaley | Kenneth | B | 931 | Still Employed |
| 4/27/2000 | Wall | Timothy | W | 931 | Still Employed |
| 6/6/2000 | McKinney | Wayne | W | 931 | Still Employed |
| 6/13/2000 | Cain | Narinrat | AA | 931 | 1/13/2004 |
| 8/15/2000 | Jenkins | Robert | B | 931 | 5/16/2003 |
| 11/13/2000 | Folger | Shawn | B | 931 | 9/8/2003 |
| 11/16/2000 | Seelbach | Vivian | W | 931 | 7/24/2002 |
| 11/27/2000 | Piccola | Leisa | W | 931 | Still Employed |
| 3/8/2001 | Powell | Shauna | W | 931 | Still Employed |
| 3/26/2001 | Segarra | Carman | W | 931 | 2/15/2002 |
| 5/10/2001 | Silvio | Steven | W | 931 | 5/29/2002 |
| 5/31/2001 | Niblett | Thomas | B | 931 | 2/21/2002 |
| 7/5/2001 | Igle | Raymond | B | 931 | 12/28/2002 |
| 8/14/2001 | Martinez | Zakiyyah | B | 931 | 4/28/2003 |
| 8/23/2001 | Turgeon | Raymond | W | 931 | Still Employed |
| 8/29/2001 | Dias | Steven | B | 931 | 12/30/2002 |
| 10/31/2001 | Blondal | Myrna | AA | 931 | 5/6/2002 |
| 11/15/2001 | Rose | Roderick | B | 931 | 1/14/2002 |
| 1/3/2002 | Jemmott | Kim | B | 931 | 7/30/2003 |
| 1/4/2002 | Brown | Janet | B | 931 | 9/18/2002 |
| 1/10/2002 | Gallipeau | Richard | W | 931 | 3/14/2002 |
| 1/14/2002 | Vandroff | Dondi | B | 931 | Still Employed |
| 1/15/2002 | Senerchia | Diane | W | 931 | 2/11/2002 |
| 5/15/2002 | Garcia | Alexander | His | 931 | 12/5/2002 |
| 6/4/2002 | Ingram | Kwame | B | 931 | 8/26/2002 |
| 6/10/2002 | Webster | Rohan | W | 931 | 2/21/2003 |
| 7/12/2002 | Hernandez | Nikia | B | 931 | 9/12/2002 |
| 7/16/2002 | Thompson | Monica | B | 931 | 8/14/2002 |
| 7/22/2002 | Nunes | Thomas | W | 931 | 8/10/2002 |
| 7/24/2002 | Owens | Kenneth | B | 931 | 4/23/2004 |
| 7/30/2002 | Butler | Bernard | B | 931 | 1/22/2003 |
| 7/30/2002 | Lombard | Victor | B | 931 | 9/4/2002 |
| 7/30/2002 | Neubecker | Stephanie | W | 931 | 3/25/2003 |
| 7/30/2002 | Tutson | Curtiss | B | 931 | 9/4/2002 |
| 7/30/2002 | Salters | Mikayh | B | 931 | 8/14/2002 |
| 8/5/2002 | Bryant | Robert | B | 931 | 12/20/2002 |
| 8/7/2002 | Holder | Williams | B | 931 | 5/24/2005 |
| 8/28/2002 | Toppa | Michael | W | 931 | Still Employed |
| 9/2/2002 | Sanders | Sandra | AA | 931 | 2/14/2003 |
| 9/9/2002 | Aponte | Stacey | B | 931 | 9/5/2003 |
| 10/1/2002 | Burks | Jermaine | B | 931 | 3/21/2003 |
| 10/1/2002 | Grant | Orville | B | 931 | 2/21/2003 |
| 10/1/2002 | Johnson | David | B | 931 | Still Employed |
| 10/1/2002 | Mercer | Jeffrey | W | 931 | Still Employed |
| 11/8/2002 | Brazier | Norman | B | 931 | 12/20/2002 |
| 11/8/2002 | Moniz | Rodney | W | 931 | 12/28/2002 |
| 11/18/2002 | Eberhard | Robert | W | 931 | 12/30/2002 |
| 11/18/2002 | McGee | Joseph | W | 931 | 12/7/2002 |

W = White

B = Black

AA = Asian American

CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and not a party to this action. On July 15, 2005, I caused the foregoing Affidavit of Alan Centazzo to be served by first class mail, postage prepaid, upon the following:

Robert M. Novack, Esq.
Clarkin, Galvin, Lowenstein & Novack
Post Office Box 267
84 North Main Street
Fall River, MA 02720