UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND.

STEVEN DIAS, Plaintiff

V. C.A. 04-379T

WAL-MART STORES, INC. d/b/a WAL-MART

**PLAINTIFF STEVEN DIAS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff in the above entitled action and moves this Honorable Court for an order compelling the Defendant to produce documents and states as his reasons the following:

1. On March 3, 2005, the Plaintiff served upon the Defendant a Request for Production pursuant to Rule 34. (Exhibit A).
2. The Request included, inter-alia, a request to produce:

***Copies of any work evaluations performed on those employees of the overnight stocking crew that were retained by the Defendant at the time that the Plaintiffs were terminated/laid-off. (Request #4)***

***Copies of any work evaluations performed on those employees of the overnight stocking crew that were laid off/terminated by the Defendant at the time that the Plaintiffs were terminated/laid-off. (Request # 5).***

3. On March 30, 2005, the Defendant objected to the production of said documents on the grounds that they were "personal and confidential" to third parties. (Exhibit B).

4. The Plaintiff stayed any action to compel until after the Deposition of William Silva, the person who decided which persons to lay off, was taken.
5. At his deposition Mr. Silva testified that his store manager gave him a copy of Wal-Mart's Reduction in Force (RDF) Policy ( Exhibit C) and told him to follow it.
6. Said RDF policy mandates that Wal-Mart review the work evaluations of employees as part of its lay off criteria.
7. Accordingly, said evaluations have become both relevant and import in the Plaintiff's case.
8. Following a lengthy mediation with Berry Mitchell on the case, counsel conferred on this matter and the Defendant's counsel indicated that he would ask his client if it would produce these documents voluntarily.
9. To date no response has been received relative to this matter.
10. Instead, the Defendant has just filed a motion for summary judgment.
11. The Plaintiff has filed an opposition to this motion however, it is likely that material contained in the above requests would be helpful in filing a more complete response.

WHEREFORE, the Plaintiff requests that the Court order the Defendant to produce the aforesaid documents.

Respectfully submitted.

The Plaintiff,
By his attorneys

Robert M. Novack, Esq.
Clarkin, Gauvin, Lowenstein & Novack
P.O Box 267
84 North Main St.
Fall River, MA 02720
Tel: 508-673-9191
Fax: 508-677-1803
RI Bar No. 3255

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT I SERVED A TRUE COPY OF THE ABOVE DOCUMENT UPON EACH PARTY APPEARING PRO SE AND UPON COUNSEL OF RECORD FOR ALL OTHER PARTIES BY MAIL ON 7/22/05: