UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND.

STEVEN DIAS and RAYMOND IGLE, Plaintiffs

V. C.A. 04-379T

WAL-MART STORES, INC. d/b/a WAL-MART

**PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS**

Now come the Plaintiffs pursuant to F.R.Civ. P. R. 34 and requests that the Defendant produce the following documents and things:

1. Copies of the Personnel files of all of the Plaintiffs.
2. Copies of any documents which in any way reference any or all of the Plaintiffs. If there are documents which you believe are protected by either attorney-client privilege or work-product, please describe these documents with sufficient clarity so as to be identifiable in a motion to compel.
3. Copies of any work evaluations performed on the Plaintiffs.
4. Copies of any work evaluations performed on those employees of the overnight stocking crew that were retained by the Defendant at the time that the Plaintiffs were terminated/laid-off.
5. Copies of any work evaluations performed on those employees of the overnight stocking crew that were laid off/terminated by the Defendant at the time that the Plaintiffs were terminated/laid-off.