**RESPONSE TO REQUEST NO. 4:** Wal-Mart objects to this request to the extent that it seeks the production of information that may be deemed personal and confidential to third-parties and/or disclosure of which would cause Wal-Mart to violate those third parties' statutory or common law rights, including rights to privacy, to not have such information disclosed.

**RESPONSE TO REQUEST NO. 5:** Wal-Mart objects to this request to the extent that it seeks the production of information that may be deemed personal and confidential to third-parties and/or disclosure of which would cause Wal-Mart to violate those third parties' statutory or common law rights, including rights to privacy, to not have such information disclosed.

**RESPONSE TO REQUEST NO. 6:** Subject to the General Objections, responsive documents are attached.

**RESPONSE TO REQUEST NO. 7:** Subject to the General Objections, Wal-Mart states that no such documents exist.

**RESPONSE TO REQUEST NO. 8:** Subject to the General Objections, Wal-Mart states that no such documents exist.

**RESPONSE TO REQUEST NO. 9:** Subject to the General Objections, responsive documents are attached.

**RESPONSE TO REQUEST NO. 10:** Subject to the General Objections, responsive documents are attached.

**RESPONSE TO REQUEST NO. 11:** Subject to the General Objections, responsive documents are attached

**RESPONSE TO REQUEST NO. 12:** Subject to the General Objections, responsive documents are attached.