# *Performance Appraisal*
# **Stocker**

| Customer Service | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Practices 10 Foot Attitude. N/A | ☐ | ☐ | ☐ |
| Wears appropriate work attire. | ☐ | ☒ | ☐ |
| Responds to Customer requests for information and service. N/A | ☐ | ☐ | ☐ |
| Assists Customers in finding merchandise. N/A | ☐ | ☐ | ☐ |

| Productivity | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Places merchandise on the correct counter in modular home. | ☐ | ☒ | ☐ |
| Works with the Department Managers to process overstock. | ☐ | ☒ | ☐ |
| Assists Department Manager with modular changes. | ☐ | ☒ | ☐ |
| Secures display items. | ☐ | ☒ | ☐ |

| Safe Work Practices | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Follows safety/emergency procedures. | | | |
| Follows proper lifting techniques. | ☐ | ☒ | ☐ |
| Cleans all spills promptly. | ☐ | ☒ | ☐ |
| Keeps floor clear of all objects. | ☐ | ☒ | ☐ |
| Stretches/warms-up prior to shift. | ☐ | ☒ | ☐ |
| Wears back support belt at all times when lifting. | ☐ | ☒ | ☐ |
| Uses proper ladders. | ☐ | ☒ | ☐ |
| Does not climb on bins or shelves. | ☐ | ☒ | ☐ |
| Ensures OSHA guidelines are followed. | ☐ | ☒ | ☐ |
| Is knowledgeable about lockout/tagout procedures. | ☐ | ☒ | ☐ |
| Disposes of trash/boxes quickly. | ☐ | ☒ | ☐ |
| Keeps work area clean and hazard free. | ☐ | ☒ | ☐ |
| Keeps modulars clean. | ☐ | ☒ | ☐ |
| Zones the department. | ☐ | ☒ | ☐ |

| Initiative | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Works well on his/her own and requires very little supervision and follow-up. | ☐ | ☒ | ☐ |
| Is flexible depending upon freight flow/demand. | ☐ | ☒ | ☐ |

| Dependability | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Attendance and punctuality is within Company guidelines. Days Absent:______ Days Tardy:______ | ☐ | ☒ | ☐ |

| Training | EXCEEDS | MEETS | BELOW |
|---|---|---|---|
| Current on CBLs Company Goal: 100% Associate Current % 100 | | ☒ | ☐ |

# PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Name: STEVEN DIAS | Store # NEWPORT RI 2885 | Position: OVERNIGHT STOCK |
| SS#: [redacted] | | Current Pay Rate: 9.62 |
| Review Period: YEARLY REVIEW | | Increase Amount: 0.38 |
| From: 11-14-01 | To: 8-29-02 | New Pay Rate: 10.00 |

☐ 90 Day ☒ Annual ☐ Follow Up

STRENGTHS

-STEVIE IS A DEPENABLE WORKER ALWAYS IS CONSISTANT IN GETTING AUTO AND SPORTING DONE EACH NIGHT.
-STEVE DOES A GOOD JOB ZONING HIS DEPARTMNETS

AREAS FOR IMPROVEMENT

-CONTINUE TO LEARN OHTER DEPARTMENTS AND AREAS OF THE STORE

ASSOCIATES COMMENTS/ GOAL SETTINGS

*This is an evaluation of the Associate's Overall Job Performance.*

☐ EXCEEDS EXPECTATIONS ☒ MEETS EXPECTATIONS ☐ BELOW EXPECTATIONS

SIGNATURES:

| | | |
|---|---|---|
| STEVEN DIAS [signature] | | 7-24-02 |
| Associate's Signature | Print Associate's Name | Date |
| AUGUTIN TOPPA | | 7-24-02 |
| Hourly Supervisor's Signature | Print Hourly Supervisor's Name | Date |
| CHRISTOPHER EDEN | [signature] | 7-24-02 |
| Salaried Manager's Signature | Print Salaried Manager's Name | Date |
| DAVID BANDI | | 7-24-02 |
| Facility Manager's Signature | Print Facility Manager's Name | Date |