# Reduction of Workforce Guidelines

There may be times when it is necessary for a facility to reduce the number of Associates it employs. This may be due to a slowing of sales or expense control. Through consistent scheduling and staffing, our long-term goal is not to affect our Associates in this manner. However, it is still a necessary fact of the retail business.

<u>Before</u> conducting a Reduction of Workforce, do the following:
- Ask for volunteer time off
- Reduce peak time hours
- Ensure everyone is working only their scheduled hours

To complete a reduction of workforce, use the following steps in this order until you have reached your staffing goal:

1. Release Temporary Associates.
2. Terminate Associates with current Below Standard evaluations who have not improved their performance to meet expectations.
3. Terminate Associates with a current coaching, relating to job performance, *(Begin with those who have a Decision Day)* and who have not improved their performance to meet expectations.
4. LIFO (Last In / First Out) – Terminate Associates who have been with us less than 90 days.

When completing steps 2 and 3, it is important to identify associates with Below Standard Evaluations and or Coachings that relate to their **<u>job performance</u>**. Our goal, is to retain those Associates with the highest levels of performance.

Please review **<u>all</u>** Associates in the store, including the Specialty Groups. The Division 1 District Manager must contact the Specialty Group District Manager and gain their approval before action is taken on Associates in those areas of the store.

Associates who are terminated for reduction of workforce are to be listed as Code 92 on the Exit Interview Form.

**<u>APPROVAL CRITERIA</u>**
- Regional approval is required for a reduction of 20 or more Associates per store.
- Divisional approval is required for a reduction of 50 Associates, or 33% of total Associate headcount per store *(whichever is greater)*.

The attached worksheet must be completed for the above criteria and sent to the Regional office for approval.

EXHIBIT
2
6-7-05