| HireDt | Last Name | First Name | Address | City/St | Ethnic | Store Dept nbr | Store Job Code | Termdt | Term Reason | Telelphone Number, if applicable |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2002 | ADKINS | DOLORES | | | W | 930 | 465 | ? | | |
| 10/22/2003 | AHERNS | MICHAEL | | | AI | 931 | 469 | ? | | |
| 9/9/2002 | APONTE | STACEY | | | B | 931 | 469 | 9/5/2003 | 3 DYS ABSENSE, UNREP | |
| 9/28/2000 | AYALA | LUIS | | | HIS | 930 | 450 | 2/2/2002 | 3 DYS ABSENSE, UNREP | |
| 4/26/1997 | BARBER | JO-ANN | | | W | 931 | 469 | ? | | |
| 3/22/2002 | BARRETT | MATTHEW | | | W | 930 | 415 | 8/2/2002 | 3 DYS ABSENSE, UNREP | |
| 10/3/2001 | BLONDAL | MYRNA | | | AA | 931 | 460 | 5/6/2002 | INABILITY TO PERFORM | |
| 9/9/2003 | BRAY | WINEL | | | B | 930 | 415 | ? | | |
| 11/8/2002 | BRAZIER | NORMAN | | | B | 931 | 469 | 12/20/2002 | EXC ABSENCE/TARDINES | |
| 11/18/2003 | BROOKS | WESLEY | | | B | 931 | 469 | ? | | |
| 1/30/2002 | BROWN | CARL | | | W | 930 | 450 | ? | | |
| 1/4/2002 | BROWN | JANNET | | | B | 931 | 469 | 9/18/2002 | EXC ABSENCE/TARDINES | |
| 8/5/2002 | BRYANT | ROBERT | | | B | 931 | 469 | 12/20/2002 | 3 DYS ABSENSE, UNREP | |
| 10/1/2002 | BURKS | JERMAINE | | | B | 931 | 469 | 3/21/2003 | 3 DYS ABSENSE, UNREP | |
| 7/30/2002 | BUTLER | BERNARD | | | B | 931 | 469 | 1/22/2003 | GROSS MISCOND-INTEGR | |
| 6/13/2000 | CAIN | NARINRAT | | | AA | 931 | 469 | ? | | |
| 6/26/2003 | CAMACHO | JOSE | | | HIS | 930 | 450 | 7/14/2003 | DISSAT - CAREER OPP | |
| 8/28/2002 | CAMPBELL | AL | | | B | 930 | 450 | ? | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/4/2003 | CARR | CURRAN | W | 931 | 469 | ? | | |
| 4/29/2003 | CHAPMAN | TSHAMBI | B | 931 | 469 | | 5/7/2003 | NOT AVAILABLE FOR WK |
| 7/30/2002 | COOK | AL | B | 931 | 469 | | 11/4/2002 | 3 DYS ABSENSE, UNREP |
| 5/4/1996 | COVAIS | SALVATORE | W | 931 | 469 | | 1/26/2002 | DUE TO HEALTH |
| 7/19/2003 | CRUZ | ANGEL | HIS | 930 | 330 | | 10/15/2003 | 3 DYS ABSENSE, UNREP |
| 9/18/2003 | CRUZ | JEFFREY | HIS | 930 | 415 | ? | | |
| 8/14/2001 | CYPHERS | PETER | W | 930 | 415 | | 7/25/2002 | 3 DYS ABSENSE, UNREP |
| 8/5/2003 | DELANY | AARON | W | 931 | 469 | ? | | |
| 8/29/2001 | DIAS | STEVEN | B | 931 | 469 | | 12/30/2002 | LACK OF WORK |
| 11/14/2001 | DINWOODIE | MICHAEL | W | 930 | 451 | | 8/27/2003 | 3 DYS ABSENSE, UNREP |
| 11/18/2003 | DUARTE | RAYMOND | W | 930 | 450 | ? | | |
| 9/13/2003 | DUNCAN | NEOSHA | B | 931 | 469 | ? | | |
| 11/8/2002 | EBERHARD | ROBERT | W | 931 | 469 | | 12/30/2002 | ASSIGNMENT COMPLETEI |
| 10/16/2003 | FASCA | TIMOTHY | W | 931 | 469 | ? | | |
| 9/5/2003 | FENWICK | CHARLES | B | 930 | 415 | ? | | |
| 2/22/2001 | FERREIRA | RONALD | W | 930 | 415 | ? | | |
| 10/16/2003 | FLEMING | GERALD | W | 930 | 330 | ? | | |
| 10/17/2001 | FLOWERS | THOMAS | B | 930 | 415 | | 1/27/2003 | GROSS MISCOND-INTEGF |
| 11/13/2000 | FOLGER | SHAWN | B | 931 | 469 | | 9/8/2003 | FALSE EMPL DOCUMENT: |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/10/2002 | GALLIPEAU | RICHARD | W | 931 | 469 | 3/14/2002 | LACK OF WORK |
| 5/15/2002 | GARCIA | ALEXANDER | HIS | 931 | 469 | 12/5/2002 | GROSS MISCOND-INTEGR |
| 4/1/2003 | GARRITY | EDWARD | W | 931 | 469 | 4/22/2003 | NOT AVAILABLE FOR WK |
| 5/14/2002 | GOCIO | JASON | W | 930 | 330 | 6/10/2003 | DISSAT-WALKED OFF JB |
| 9/13/2003 | GOMES | KELLY | HIS | 931 | 469 | 11/3/2003 | FAIL PROD EMPL DOCS |
| 10/1/2002 | GRANT | ORVILLE | B | 931 | 469 | 2/21/2003 | FAIL PROD EMPL DOCS |
| 5/8/2003 | GREENE | THOMAS | B | 931 | 469 | 7/2/2003 | 3 DYS ABSENSE, UNREP |
| 11/20/1999 | GREENE | WANDA | B | 930 | 450 | 6/28/2003 | DISSAT-WALKED OFF JB |
| 1/18/2002 | GREGORY | BRANDON | W | 930 | 450 | 2/8/2002 | FALSE EMPL DOCUMENTS |
| 7/12/2002 | HERNANDEZ | NIKIA | B | 931 | 469 | 9/12/2002 | GROSS MISCOND-INTEGR |
| 8/7/2002 | HOLDER | WILLIAM | B | 931 | 469 | ? | |
| 4/22/2003 | HOSLEY | JOY | AI | 931 | 460 | 6/10/2003 | 3 DYS ABSENSE, UNREP |
| 2/10/2003 | HUMPHREYS | SCOTT | W | 930 | 415 | 5/28/2003 | NOT AVAILABLE FOR WK |
| 7/5/2001 | IGLE | RAYMOND | B | 931 | 469 | 12/28/2002 | LACK OF WORK |
| 6/4/2002 | INGRAM | KWAME | B | 931 | 469 | 8/26/2002 | LEFT AREA/SPOUS RELO |
| 1/3/2002 | JEMMOTT | KIM | B | 931 | 460 | 7/30/2003 | DISSAT - CAREER OPP |
| 8/15/2000 | JENKINS | ROBERT | B | 931 | 469 | 5/16/2003 | 3 DYS ABSENSE, UNREP |
| 10/1/2002 | JOHNSON | DAVID | B | 931 | 469 | ? | |
| 11/20/1999 | KEARNEY | EDWARD | W | 930 | 415 | ? | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/16/2003 | KELLY | AKELA | | B | 931 | 469 | 11/12/2003 | EXC ABSENCE/TARDINES |
| 4/16/2001 | LAURENZANA | ISAIAH | | W | 930 | 330 | ? | |
| 10/8/2003 | LEEK | GENE | | W | 930 | 450 | 12/8/2003 | INABILITY TO PERFORM |
| 8/29/2003 | LIZARDA | LUZ | | AA | 930 | 450 | ? | |
| 7/30/2002 | LOMBARD | VICTOR | | B | 931 | 469 | 9/4/2002 | 3 DYS ABSENSE, UNREP |
| 12/2/1996 | LORENZANA | RICARDO | | AA | 930 | 451 | ? | |
| 8/16/2003 | MAGARACI | JOSH | | W | 931 | 469 | 11/3/2003 | LEFT AREA/SPOUS RELO |
| 8/14/2001 | MARTINEZ | ZAKIYYAH | | B | 931 | 469 | 4/28/2003 | 3 DYS ABSENSE, UNREP |
| 11/18/2002 | MCGEE | JOSEPH | | W | 931 | 469 | 12/7/2002 | EXC ABSENCE/TARDINES |
| 6/6/2000 | MCKINNEY | WAYNE | | W | 931 | 469 | ? | |
| 9/13/2003 | MCNALLY | MARK | | W | 930 | 450 | ? | |
| 3/26/2001 | MEDEIROS | BRIAN | | W | 930 | 415 | ? | |
| 8/28/2002 | MEISINGER | PETER | | W | 930 | 415 | 3/10/2003 | DISSAT-WALKED OFF JB |
| 9/5/2003 | MENDEZ | OSCAR | | HIS | 931 | 469 | 10/21/2003 | TO STAY AT HOME |
| 10/1/2002 | MERCER | JEFFREY | | W | 931 | 460 | ? | |
| 8/28/2002 | MICHEL | JEAN | | B | 930 | 415 | 1/27/2003 | GROSS MISCOND-INTEGR |
| 11/8/2002 | MONIZ | RODNEY | | W | 931 | 469 | 12/28/2002 | ASSIGNMENT COMPLETED |
| 9/13/2003 | MORRILL | DORIS | | AA | 931 | 469 | ? | |

| | | | |
|---|---|---|---|
| 7/30/2002 | NEUBECKER | STEPHANIE | |
| 5/31/2001 | NIBLETT | THOMAS | |
| 7/22/2002 | NUNES | THOMAS | |
| 9/28/2000 | OBRIEN | JOHN | |
| 12/4/1999 | ORTIZ | LUIS | |
| 7/24/2002 | OWENS | KENNETH | |
| 5/7/1997 | PEARSON | MEGHAN | |
| 11/27/2000 | PICCOLA | LEISA | 2 A |
| 2/10/2003 | PIERCE | MATTHEW | 1 A |
| 3/8/2001 | POWELL | SHAUNA | 8 A |
| 2/10/2003 | PRESLEY | JON | 1 F |
| 3/20/2003 | PROULX | ERIC | 2 A A |
| 7/2/2003 | RAMIREZ | MARIO | 1 |
| 10/29/2003 | RAMIREZ | RUBEN | 1 F |
| 3/26/2001 | RAY | TYRONE | 2 N |
| 8/22/2003 | REHMAN | JAWAD | 1 E |
| 6/20/2001 | REID | STEVE | 6 A |
| 8/28/2002 | RILEY | SHANE | 1 S |
| 5/21/2003 | ROSARIO | PETER | 7 S |

| | | | | |
|---|---|---|---|---|
| W | 931 | 460 | 3/25/2003 | NOT AVAILABLE FOR WK |
| B | 931 | 469 | 2/21/2002 | 3 DYS ABSENSE, UNREP |
| W | 931 | 469 | 8/10/2002 | OTHER (DISCHARGE) |
| W | 930 | 450 | ? | |
| HIS | 930 | 450 | 3/14/2002 | DISSAT - CAREER OPP |
| B | 931 | 469 | ? | |
| W | 930 | 465 | ? | |
| W | 931 | 460 | ? | |
| W | 930 | 415 | 4/29/2003 | TO STAY AT HOME |
| W | 931 | 469 | ? | |
| W | 930 | 415 | 6/3/2003 | NOT AVAILABLE FOR WK |
| W | 930 | 330 | 7/1/2003 | 3 DYS ABSENSE, UNREP |
| HIS | 930 | 415 | ? | |
| HIS | 930 | 330 | ? | |
| B | 930 | 451 | ? | |
| AA | 931 | 469 | ? | |
| B | 930 | 415 | 12/18/2002 | GROSS MISCOND-INTEGI |
| W | 930 | 415 | ? | |
| HIS | 930 | 415 | ? | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/15/2001 | ROSE | RODERICK | B | 931 | 415 | 1/14/2002 | LEFT AREA/SPOUS RELO |
| 7/14/2003 | RUCKER | TONY | B | 930 | 415 | 8/20/2003 | 3 DYS ABSENSE, UNREP |
| 11/20/1999 | SAJEWSKI | FRANK | W | 930 | 415 | 7/30/2001 | LEFT AREA/SPOUS RELO |
| 7/30/2002 | SALTERS | MIKAYH | B | 931 | 469 | 8/14/2002 | ATTEND SCHOOL |
| 9/2/2002 | SANDERS | SANDRA | AA | 931 | 469 | 2/14/2003 | GROSS MISCOND-INTEGR |
| 7/3/2003 | SAWICKI | JOHN | W | 930 | 330 | 7/19/2003 | DUE TO HEALTH |
| 11/16/2000 | SEELBACH | VIVIAN | W | 931 | 469 | 7/24/2002 | LEFT AREA/SPOUS RELO |
| 3/26/2001 | SEGARRA | CARMEN | W | 931 | 460 | 2/15/2002 | EXC ABSENCE/TARDINES |
| 1/15/2002 | SENERCHIA | DIANNE | W | 931 | 469 | 2/11/2002 | GROSS MISCOND-INTEGF |
| 11/27/1999 | SILVA | HOLLY | W | 930 | 450 | ? | |
| 5/10/2001 | SILVIO | STEVEN | W | 931 | 469 | 5/29/2002 | DUE TO HEALTH |
| 12/11/2003 | SIMMONS | TERRENCE | B | 931 | 469 | ? | |
| 8/25/2000 | SOUSA | KERRIANN | W | 930 | 465 | ? | |
| 9/13/2003 | STANTON | TANNYA | B | 931 | 469 | ? | |
| 5/8/2003 | STENNIS | LORENZO | B | 931 | 469 | ? | |
| 7/19/2001 | STEWART JR. | RANDOLPH | B | 930 | 450 | 6/10/2003 | GROSS MISCOND-INTEGR |
| 9/18/2003 | SWANEY | CLINTON | HIS | 930 | 415 | 11/14/2003 | 3 DYS ABSENSE, UNREP |
| 7/16/2002 | THOMPSON | MONICA | B | 931 | 469 | 8/14/2002 | ATTEND SCHOOL |
| 11/20/2001 | TOPPA | GEORGE | W | 930 | 415 | ? | |
| 8/28/2002 | TOPPA | MICHAEL | W | 931 | 469 | ? | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/7/2001 | TORRES | CARLOS | IIS | 930 | 415 | | 4/21/2002 | 3 DYS ABSENSE, UNREP |
| 4/1/2003 | TUCCI | FRANK | V | 931 | 469 | | 9/8/2003 | DISSAT - CAREER OPP |
| 8/23/2001 | TURGEON | RAYMOND | N | 931 | 469 | ? | | |
| 7/30/2002 | TUTSON | CURTISS | 3 | 931 | 469 | | 9/4/2002 | 3 DYS ABSENSE, UNREP |
| 1/14/2002 | VANDROFF | DONDI | 3 | 931 | 469 | ? | | |
| 3/25/2003 | VAZQUEZ | EDWIN | IIS | 931 | 469 | ? | | |
| 11/18/2003 | VOOGT | JON | / | 931 | 469 | ? | | |
| 4/27/2000 | WALL | TIMOTHY | V | 931 | 469 | ? | | |
| 6/10/2002 | WEBSTER | ROHAN | V | 931 | 469 | | 2/21/2003 | FAIL PROD EMPL DOCS |
| 4/22/2003 | WERMAN | EDWARD | V | 931 | 469 | | 8/7/2003 | 3 DYS ABSENSE, UNREP |
| 11/20/1999 | WHALEY | KENNETH | 3 | 931 | 469 | ? | | |
| 9/9/2003 | WILLIAMS | JOE | N | 930 | 450 | | 10/3/2003 | 3 DYS ABSENSE, UNREP |
| 3/4/2003 | WINDERS | WILLIAM | N | 930 | 415 | | 4/19/2003 | NOT AVAILABLE FOR WK |
| 10/1/2001 | WINES | LAWRENCE | N | 930 | 415 | ? | | |