**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEVEN DIAS and RAYMOND IGLE** Plaintiffs | : | |
| v. | : | **C.A. No. 04-CV-379T** |
| **WAL-MART STORES, INC.** Defendant | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), and in accordance with the parties' agreement to terms set forth in a Settlement Agreement in the above-captioned case, Plaintiff Raymond Igle ("Igle") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart") stipulate to the dismissal, with prejudice, of all Igle's claims in the above-captioned case, with all rights of appeal being hereby waived. Igle and Wal-Mart will each bear their own fees and costs.

PLAINTIFF RAYMOND IGLE,
By His Attorney,

ROBERT M. NOVACK (#3255)
Clarkin, Gauvin, Lowenstein & Novack
84 North Main Street
P.O. Box 267
Fall River, MA 02722-0267
Tel: (508) 673-9191
Fax: (508) 677-1803
Date: 8-31-05

DEFENDANT WAL-MART STORES, INC.
By Its Attorney,

GEOFFREY W. MILLSOM (#6483)
MICHAEL D. CHITTICK (#5967)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Date: 8/4/05

341086_1.doc

ENTER: Ernest C. Torres
Chief, U.S. District Judge
DATE: 9/8/05