UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-379T** **DATE: September 14, 2005**

**TITLE: Steven Dias, et al. v. Wal-Mart Stores, Inc.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Robert Novak, Esq.
Geoffrey Millsom, Esq.

**PROCEEDING:** Wal-Mart Stores, Inc.'s Motion for Summary Judgment

Attorneys argue.

**RULING:**

Court takes under advisement.
R&R to follow.