**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN DIAS and<br>RAYMOND IGLE | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 04-379T |
| WAL-MART STORES, INC. | : | |
| Defendant. | : | |

**WAL-MART STORES, INC.'S MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE ALMOND'S REPORT AND RECOMMENDATION**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby moves for an enlargement of time within which to reply to Plaintiff Steven Dias' Objections [To] Magistrate Judge's Report and Recommendation ("Plaintiff's Objections"). As set forth below, Wal-Mart requests an additional 10 days to respond to Plaintiff's Objections because Wal-Mart did not receive notice of Plaintiff's Objections until 9 days after Plaintiff's Objections were filed.

On September 23, 2005, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation advising the District Court to grant Wal-Mart's Motion for Summary Judgment as to all claims in Plaintiff's Complaint. The Report and Recommendation was issued and sent via facsimile to all parties on September 23, 2005. Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure and Local Rule 32(c)(2), objections to the Report and Recommendation were due on or before October 7, 2005. On October 7, 2005, absent service of an objection from Plaintiff, counsel for Wal-Mart conducted a

search in PACER to determine if a timely objection was filed. To Wal-Mart's surprise, the docket indicated that Plaintiff's Objections were filed on September 28, 2005. Counsel for Wal-Mart immediately contacted Plaintiff's counsel and requested a copy of Plaintiff's Objections. Wal-Mart received a copy of Plaintiff's Objections via facsimile on October 7, 2005 at 12:42 p.m. A copy of the facsimile cover sheet is attached as Exhibit 1. Although the certification page indicates that Plaintiff's Objections were mailed to Wal-Mart's counsel on September 28, 2005, Wal-Mart's counsel did not receive a copy of Plaintiff's Objections until the facsimile was received on October 7, 2005.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, Wal-Mart has 10 days "after being served" to reply to Plaintiff's Objections. Although the certification indicates that Wal-Mart's counsel was sent a copy of Plaintiff's Objections on September 28, 2005, Plaintiff's Objections were not served until October 7, 2005. In light of the delayed service, Wal-Mart has been significantly limited in the amount of time it has to reply to Plaintiff's Objections.

Further, Wal-Mart's lead attorney in this matter, Geoffrey Millsom, is court excused at the present time and is unable to assist with preparation of the reply. While other attorneys that can act on Wal-Mart's behalf, Mr. Millsom played an integral role in preparing Wal-Mart's Motion for Summary Judgment, and in fact, argued the Motion before Judge Almond. Having received notice of Plaintiff's Objections on Friday, October 7, 2005 at 12:42 p.m., Mr. Millsom was unable to assist with preparation of the reply. Mr. Millsom's participation, if allowed with the enlargement of time, will only assist the Court in making a proper determination in this matter.

For the foregoing reasons, Wal-Mart respectfully requests that the Court grant Wal-Mart an enlargement of time to reply to Plaintiff's Objections until October 24, 2005, which is 10 days from the date of actual service.

Dated: Providence, Rhode Island
October 11, 2005

Respectfully submitted,

Defendant
WAL-MART STORES, INC.
By its attorneys,

Jaime J. LaPorte

GEOFFREY W. MILLSOM (#6483)
MICHAEL D. CHITTICK (#5967)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and not a party to this action. On October 11, 2005, I caused the foregoing Motion to be served by first class mail, postage prepaid, and facsimile upon the following:

Robert M. Novack, Esq.
Clarkin, Galvin, Lowenstein & Novack
Post Office Box 267
84 North Main Street
Fall River, MA 02720

*357330_1.doc*

Jaime J. LaPorte