**CLARKIN, GAUVIN, LOWENSTEIN & NOVACK, P.A.**
**COUNSELORS AT LAW**

**84 NORTH MAIN STREET**
**POST OFFICE BOX 267**
**FALL RIVER, MA 02722- 0267**

**TEL: (508) 673-9191 / FAX: (508) 677-1803**

JAMES W. CLARKIN
PAMELA S. GAUVIN

RONALD J. LOWENSTEIN
ROBERT M. NOVACK*

* Also admitted to RI Bar

# FACSIMILE COVER SHEET

**RECEIVING FAX #:** (401) 351-4607

**PAGES:** ( 11 ) Pages - includes cover sheet

**DATE:** 10/07/05

---

**TO:** Geoffrey Millson, Esq.
Adler Pollock & Sheehan

**FROM:** Robert M. Novack, Esq.

**RE:** Steven Dias v. Wal-Mart Stores, Inc.

**MESSAGE:** Plaintiff's Objection to Magistrate Judges' Report & Recommendation

Copy was mailed September 28, 2005.
Another copy will be mailed to you today.

Thank you.

---

IF YOU HAVE ANY PROBLEMS IN RECEIVING THIS TRANSMISSION, PLEASE CALL THE SENDER AT (508) 673-9191. OUR FACSIMILE NUMBER IS: (508) 677-1803.

## CONFIDENTIALITY NOTE

The documents accompanying this telecopy transmission contain confidential or privileged information from **CLARKIN, GAUVIN, LOWENSTEIN & NOVACK, P.A.** The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopied information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for retrieval of the original documents at no cost to your office.