UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEVEN DIAS
         v.                  CA No. 04-379-T

WAL-MART STORES, INC.

### ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

The defendant's Motion for Summary Judgment is hereby GRANTED and judgment may enter in favor of the defendant dismissing all of the plaintiff's claims.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: February 6, 2006