UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEVEN DIAS

v. CA No. 04-379-T

WAL-MART STORES, INC.

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

The defendant's Motion for Summary Judgment is hereby GRANTED and judgment may enter in favor of the defendant dismissing all of the plaintiff's claims.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: February 6, 2006