**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEVEN DIAS,
plaintiff

vs. C.A. No. 04-379T

WAL-MART STORES, INC.,
defendant

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Judgment is hereby entered for the Defendant pursuant to this Court's Order dated February 6th, 2006 granting the Defendant's Motion for Summary Judgment and dismissing all of the plaintiff's claims.

Enter:

Deputy Clerk

Dated: February 6th, 2006